WEISERT BROS. TOBACCO CO. v. AMERICAN TOBACCO CO. et al.

LARUS & BRO. CO. v. SAME.

(Circuit Court, S. D. New York. July 10, 1908.)

Harlan F. Stone, for plaintiff.
A. H. Burroughs, for defendants American Tobacco Company and MacAndrews & Forbes Company.
Nicoll, Anable, Lindsay & Fuller (De Lancey Nicoll, of counsel), for defendants James B. Duke and Karl Jungbluth.

RAY, District Judge. In United States Tobacco Company v. American Tobacco Company et al., 163 Fed. 701, I have stated some of the reasons which lead me to the conclusion that a cause of action is stated in that case. A reading of the complaints in the above cases leads me to the same conclusion therein.
Demurrers overruled, with costs. On payment thereof in 30 days, defendants may answer.